No. 38911.—Protests 796127-G, etc., of American Aniline Products, Inc., et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.